IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 4:11CV348 |
| MICHAEL J. SCOTT, P.C., et al. | § § § | |
| Defendants. | § | |

## ORDER

On June 13, 2011, the Plaintiff filed a motion to proceed *in forma pauperis.*

It is hereby **ORDERED** that Plaintiff's motion to proceed *in forma pauperis* (Dkt. No. 2) is **GRANTED.**

**ORDERED** that Plaintiff shall prepare service of process on the named Defendant in accordance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas. It is further

**ORDERED** that the Clerk of the Court shall issue process and the United States Marshal shall serve process upon the Defendant. The Defendant shall have sixty (60) days from the date of service of process to answer or otherwise plead. It is finally

**ORDERED** that the failure by Plaintiff to comply with the orders contained herein shall result in the dismissal of this lawsuit.

**SO ORDERED.**

**SIGNED** this 26th day of August, 2011.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE