IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK §<br>§<br>Plaintiff, §<br>§<br>VS. §<br>§<br>ADVANTAGE ASSETS II, INC. §<br>§<br>Defendant. § | Case No. 4:11CV348<br>(consolidated with 4:11cv349) |

## ORDER OF CONSOLIDATION

Having reviewed the record in this cause 4:11cv348 and cause number 4:11cv349, the Court finds that they involve common questions of law and fact that effectively arise from the same transaction or occurrence and may involve effectively the same parties in interest. The Court finds that consolidation is appropriate and necessary as the cases have common questions of law and fact and consolidation will simplify and expedite the litigation of the parties' claims.

Therefore, Cases 4:11cv348 and 4:11cv349 are ordered consolidated under Case No. 4:11cv348 and the Clerk of the Court is directed to docket all future filings in the above listed matters under Case No. 4:11cv348.

*Plaintiff is directed to file a single consolidated complaint setting forth all claims asserted in both cases within 15 days of the date of this Order.*

IT IS SO ORDERED.

SIGNED this 26th day of August, 2011.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE